**Denied and Opinion Filed October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01186-CV

## IN RE JAYME LYNN CANTU, Relator

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-03218-2011**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Evans

Before the Court is relator Jayme Lynn Cantu's petition for writ of habeas corpus in which she seeks discharge from confinement. The trial court found relator guilty of both direct and constructive contempt. It ordered her confined for sixty days for constructive contempt and for one hundred twenty days for constructive contempt with the sentences to be served consecutively.

A habeas corpus proceeding is a collateral attack on a judgment of contempt. *In re Johnson,* 337 S.W.3d 486, 488 (Tex. App.—Dallas 2011, orig. proceeding). A petition for writ of habeas corpus does not inquire into the guilt or innocence of the relator, but only determines if the order of contempt was void. *Ex parte Gordon,* 584 S.W.2d 686, 688 (Tex. 1979) (orig. proceeding). A contempt order is void if it is beyond the power of the court to render it or if it deprives the relator of liberty without due process of law. *Ex parte Barnett,* 600 S.W.2d 252, 254 (Tex. 1980) (orig. proceeding).

Having reviewed the record, we conclude relator has not established that she is entitled to the relief requested.  We deny the petition.

/David W. Evans/
DAVID EVANS
JUSTICE

151186F.P05